IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Linda Bruno, | NO. C 09-04428 JW |
| Plaintiff, | **ORDER IN ADVANCE OF JUNE 21, 2010 HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| Integrated Portfolio Management, | |
| Defendant. | |

This case is scheduled for a hearing on June 21, 2010 at 9 a.m. regarding Plaintiff's Motion for Default Judgment. (Docket Item No.11.) In light of the compensatory relief sought in the Motion for alleged harm suffered by Plaintiff, the Court finds that Plaintiff's appearance is necessary at the prove-up hearing. Accordingly, Plaintiff's counsel shall secure Plaintiff's presence and ensure her readiness to testify as to her claim for damages at the hearing on **June 21, 2010 at 9 a.m.**

Dated: June 14, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine Ann Pham  cph@legalhelpers.com

| | |
|---|---|
| **Dated: June 14, 2010** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers**  <br> **Elizabeth Garcia** <br> **Courtroom Deputy** |