Christine Pham
Legal Helpers, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: cph@legalhelpers.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED**
*Judge James Ware*

6/16/2010

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Linda Bruno,<br><br>          Plaintiff,<br><br>v.<br><br>Integrated Portfolio Management,<br><br>          Defendant. | Case No. 5:09-cv-04428-JW<br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.  The Clerk shall close this file.


                                        Respectfully submitted,

                                        Legal Helpers, P.C.

                                        By: */s/ Christine Pham*
                                        Christine Pham
                                        260 California Street, Suite 801
                                        San Francisco, CA 94111
                                        Tel: 1.866.339.1156
                                        Fax: 1.312.822.1064
                                        Email: cph@legalhelpers.com
                                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2010 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail:

Integrated Portfolio Management, Inc.
c/o Incorp Services, Inc., registered agent
1817 Morena Blvd, Suite A
San Diego, CA 92110

*/s/ Richard J. Meier*

NOTICE OF DISMISSAL
WITHOUT PREJUDICE                                2